Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff Rajendra Mehta

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJENDRA MEHTA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OUT OF THE BOX ENTEPRISES, LLC, a Texas Limited Liability Company,<br><br>　　　　Defendant. | Case No.: 5:16-cv-107<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**L.R. 7.1-1** |

1  The undersigned, counsel of record for Plaintiff Rajendra Mehta, certifies
2  that the following listed party (or parties) may have a pecuniary interest in the
3  outcome of this case. These representations are made to enable the Court to
4  evaluate possible disqualification or recusal.
5      Rajendra Mehta (Plaintiff in this action, defendant in underlying action)
6      El Paseo Jewelry Exchange, Inc. (defendant in underlying action)
7      El Paseo Jewelry, Inc. (defendant in underlying action)
8      Ivan Kalensky (defendant in underlying action)

DATED: January 20, 2016         SPILLANE TRIAL GROUP PLC

By: _____
Jay M. Spillane
Attorneys for Plaintiff Rajendra Mehta