AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Rajendra Mehta

Plaintiff(s)

v.

Out of the Box Enterprises, LLC, a Texas Limited Liability Company

Defendant(s)

Civil Action No. 5:16-cv-00107-JGB-DTBx

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Out of the Box Enterprises, LLC
301 Congress Avenue, Suite 300
Austin, TX 78701-2949

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jay M. Spillane (Bar No. 126364)
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive, Second Floor
Beverly Hills, CA 90210
(424) 217-5980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 21, 2016

A. Bandek

*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

AUSTIN PROCESS, LLC
809 NEUCES
AUSTIN, TX 78701

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                    Server's signature

                                    SERVICE RETURN ATTACHED

                                    Printed name and title
                                    AUSTIN PROCESS, LLC
                                    809 NEUCES
                                    AUSTIN, TX 78701

                                    Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Central District of California

Case Number: 6:16-CV-00107-JGB-DTBX

Plaintiff:
**Rajendra Mehta**

vs.

Defendant:
**Out of the Box Enterprises, LLC**

For:
Spillane Trial Group, PLC
468 N. Camden Drive
2nd Floor
Beverly Hills, CA 90210

Received by Austin Process LLC on the 28th day of January, 2016 at 12:30 pm to be served on **Out of the Box Enterprises, LLC by serving its registered agent, William R. Hemphill, Jr., 301 Congress Avenue, Ste. 300, Austin, TX 78701**.

I, Tim Ramsey, being duly sworn, depose and say that on the **4th day of February, 2016** at **2:07 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Summons, Civil Case Cover Sheet, Complaint to Set Aside and Vacate Judgment for Extrinsic Fraud or Mistake, and Notice of Interested Parties** with the date of service endorsed thereon by me, to: **William R. Hemphill, Jr.** as Registered Agent at the address of: **5511 Parkcrest, Ste. 110, Austin, TX 78731** on behalf of **Out of the Box Enterprises, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered. The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 4th day of February, 2016 by the affiant who is personally known to me

NOTARY PUBLIC

NICOLE M. HYBNER
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug. 09, 2016

**Tim Ramsey**
SCH-11266, Exp. 12/31/17

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2016000651
Ref: Rajendra Mehta