**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAJENDRA MEHTA<br><br>PLAINTIFF(S)<br><br>v.<br><br>OUT OF THE BOX ENTERPRISES, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:16−cv−00107−VAP−DTB<br><br><br>**DEFAULT BY CLERK<br>F.R.Civ.P. 55(a)** |

    It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

  Out of the Box Enterprises, LLC, a Texas Limited Liability Company


                                                     Clerk, U.S. District Court

 March 31, 2016                                    By  /s/ *Margo Mead*
Date                                                    Deputy Clerk